1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER N. MILLER,<br><br>    Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>    Respondent. | Case No.  C06-5694RJB<br><br>ORDER GRANTING I.F.P.<br>APPLICATION |

    Petitioner's application for leave to proceed *in forma pauperis* is **GRANTED**.  Petitioner does not appear to have funds available to afford the $5.00 filing fee.

    The Clerk is directed to mail a copy of this Order to petitioner.

    DATED this 22nd day of December, 2006.

                            */s/ J. Kelley Arnold*
                            J. Kelley Arnold
                            United States Magistrate Judge

ORDER
Page - 1