# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER MILLER  JUDGMENT IN A CIVIL CASE

v.

KENNETH QUINN  CASE NUMBER: C06-5694RJB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The Court ADOPTS the Report and Recommendation, Dkt #16. This petition for writ of habeas corpus is DISMISSED as unexhausted and procedurally barred. Petitioner's pending motions are moot and/or inappropriate and therefore DENIED.

May 24, 2007

BRUCE RIFKIN  
Clerk

/s/Dara L. Kaleel  
By Dara L. Kaleel, Deputy Clerk