UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER MILLER,<br><br>           Petitioner,<br><br>    v.<br><br>KENNETH QUINN,<br><br>           Respondent. | Case No. C06-5694RJB<br><br>ORDER |

    The court has received the record from the Ninth Circuit Court of Appeals. This matter will be reviewed and is set for consideration on the court's March 27, 2009 calendar.

    The parties previously submitted materials and pleadings related to the merits of Petitioner's second and third habeas claims; however, if Petitioner or Respondent wish to filed additional briefing the following schedule shall be adhered to: (1) any additional briefing to supplement their Answer to the Petition shall be filed by Respondent by not later than March 16, 2009, and (2) any response or supplemental traverse filed by Petitioner shall be filed not later than March 25, 2009.

    DATED this 17th day of February, 2009.

                                 */s/ J. Kelley Arnold*
                                 J. Kelley Arnold
                                 United States Magistrate Judge