# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER N. MILLER

JUDGMENT IN A CIVIL CASE

v.

KENNETH QUINN

CASE NUMBER: C06-5694RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. **Ordered** that the Report and Recommendation of the Magistrate Judge (Dkt. 39) is **ADOPTED**. The petition for writ of habeas corpus is **DENIED** and the case is **DISMISSED WITH PREJUDICE.** A Certificate of Appealability is **DENIED.**

July 20, 2009                                BRUCE RIFKIN
                                             Clerk

                                             */s/ Jennie L. Patton*
                                             Deputy Clerk